# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00105-CV

### In re Jaime Luevano

## ORIGINAL PROCEEDING FROM EL PASO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the conduct of several governmental actors. *See* Tex. R. App. P. 52.8. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 1, 2011